No. 1013, Misc. FICEK *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *Charles O. Porter* for petitioner. *Waldron A. Gregory* for respondent.

No. 1006, Misc. YATES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1010, Misc. CHAMPAGNE *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1014, Misc. PEEPLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Murray L. Williams* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1019, Misc. THALIS *v.* THALIS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1024, Misc. CONNOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1027, Misc. VINCENT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 843, Misc. WHALEY *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.